IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD GREIST,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.   20-CV-5134 |
| | : | |
| **COMMISSIONER OF** | : | |
| **SOCIAL SECURITY,** | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this __25TH__ day of May, 2023, upon consideration of Plaintiff's Request for Review (ECF No. 27), his filings in support thereof (ECF Nos. 7, 20-21), Defendant's response thereto (ECF No. 30), and Plaintiff's reply to Defendant's response (ECF No. 33), and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**; and

2. Judgment is entered in favor of Defendant.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge